UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 18-61672-CIV-MORENO

EMMETT CALDWELL,

      Plaintiff,

vs.

JOHNSON CONTROLS SECURITY
SOLUTIONS LLC and SENSORMATIC
ELECTRONICS LLC,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DISMISSING DEFNDANTS JOHNSON CONTROLS SECURITY SOLUTIONS LLC AND SENSORMATIC ELECTRONICS, LLC ONLY

THE MATTER was referred to the Honorable Barry S. Seltzer, United States Magistrate Judge, for a Report and Recommendation on Defendants Johnson Controls Security Solutions LLC and Sensormatic Electronics, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed on **November 9, 2018**. The Magistrate Judge filed a Report and Recommendation (**D.E. 14**) on **February 13, 2019**. The Court has reviewed the entire file and record, and is otherwise fully advised in the premises. The Court also notes that no objections were filed. it is

**ADJUDGED** that United States Magistrate Judge Barry S. Seltzer's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants Johnson Controls Security Solutions LLC and Sensormatic Electronics, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**. For the reasons set forth by Magistrate Judge Seltzer, the Second Amended Complaint against Defendants Johnson Controls Security Solutions, LLC and Sensormatic Electronics is **DISMISSED** with

Prejudice. It is further,

**ADJUDGED** that Defendants Johnson Controls Security Solutions LLC and Sensormatic Electronics, LLC are **DISMISSED**, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this 5th of March 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Barry S. Seltzer

Counsel of Record